# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| ERIC B COURTEMANCHE<br>LAURIE L COURTEMANCHE<br>Debtor(s) | **CASE NO. BKY 04-44999 RJK** |

RECEIVED
10 MAR 2 AM 9:30
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to RMA in the amount of $89.74, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| RMA<br>Attn: US West<br>PO Box 41448<br>Philadelphia, PA 19101 | 15 | $89.74 |

ACCOUNT NUMBER:
6510704P RMSPUR

**Jasmine Z. Keller, Trustee**

Dated: March 1, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee