# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE:** | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
| ERIC B COURTEMANCHE<br>LAURIE L COURTEMANCHE<br>Debtor(s) | **CASE NO. BKY 04-44999 RJK** |

RECEIVED
10 MAR -2 AM 9:30
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Weisberg Law Office in the amount of $44.77, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Weisberg Law Office<br>Attn: Dr Sands<br>PO Box 26759<br>Minneapolis, MN 55426-0759 | 3 | $44.77 |

ACCOUNT NUMBER:
200403369

**Jasmine Z. Keller, Trustee**

Dated: March 1, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee